■ EFRAIN ALFONSECA, Appellant, v VAN-TAG CONSTRUCTION CORPORATION et al., Respondents, et al., Defendants. (And Other Actions.) [833 NYS2d 458]—Order, Supreme Court, New York County (Alice Schlesinger, J.), entered July 14, 2005, which, to the extent appealed from, granted the motion and cross motion by defendants Van-Tag Construction and Piermont Ironworks for summary judgment dismissing the complaint against them, unanimously affirmed, without costs.

Owners, contractors and their agents can be liable under Labor Law § 200 (1) only if they had the authority to control the activity bringing about the injury, so as to be able to avoid or correct the unsafe condition (*see e.g. Lombardi v Stout*, 80

NY2d 290 [1992]). The language of the respective construction contracts does not subject these defendants to liability here (*see Espinal v Melville Snow Contrs.*, 98 NY2d 136 [2002]), and plaintiff failed to show other means by which Van-Tag or Piermont had the requisite control to establish liability. Concur—Andrias, J.P., Marlow, Sullivan, Gonzalez and Kavanagh, JJ.